**United States District Court**
For the Northern District of California

**\*E-Filed 11/5/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KATZ, | **No. C 09-04866 RS** |
| Plaintiff, | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| v. | |
| CAL-WESTERN RECONVEYENCE CORP., et al., | |
| Defendants. | |

Defendants have filed a motion to dismiss [Dkt. No. 4] in the above-captioned matter. This motion is noticed for hearing on **November 25, 2009, at 9:30 a.m.** In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than **November 13, 2009**.

IT IS SO ORDERED.

Dated: November 5, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1