*E-Filed 11/5/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JONATHAN KATZ,

        Plaintiff,

v.

CAL-WESTERN RECONVEYENCE CORP., et al.,

        Defendants.

_____/

**No. C 09-04866  RS**

**ORDER SETTING CONSENT/DECLINATION DEADLINE**

Defendants have filed a motion to dismiss [Dkt. No. 4] in the above-captioned matter. This motion is noticed for hearing on **November 25, 2009, at 9:30 a.m.** In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than **November 13, 2009**.

IT IS SO ORDERED.

Dated: November 5, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE