Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Megan E. Gruber (SBN 246122)
megruber@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendants
PNC FINANCIAL SERVICES GROUP, INC.; NATIONAL CITY
BANK (dba NATIONAL CITY BANK OF INDIANA AND
NATIONAL CITY MORTGAGE COMPANY) (erroneously sued
as ACCUBANE MORTGAGE, A DIVISION OF NATIONAL
CITY BANK OF INDIANA, aka NATIONAL CITY BANK,
NATIONAL CITY MORTGAGE)

**E-Filed 2/10/2010**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KATZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, ACCUBANE MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, aka NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, PNC FINANCIAL SERVICES GROUP, INC., and ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO, DOES 1 – 100,<br><br>　　　　Defendants. | Case No.: 5:09-cv-04866-JF<br><br>**JOINT STIPULATED REQUEST TO VACATE OR CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: 2/12/2010<br>Time: 10:30 A.M.<br>Place: Courtroom 3, 5th Floor |

The undersigned counsel, who represent all parties who have appeared, jointly request this honorable Court to continue for ninety (90) days each of the dates set by the Clerk's October 14, 2009 ORDER setting initial case management conference and ADR deadlines.

1

| | |
|---|---|
| 1 | Good cause for the requested continuance exists in that Plaintiff intends to file a First Amended Complaint, to which Defendant anticipates filing a Motion to Dismiss or other responsive pleading. |

1  Good cause for the requested continuance exists in that Plaintiff intends to file a First
2  Amended Complaint, to which Defendant anticipates filing a Motion to Dismiss or other responsive
3  pleading.

4  DATED: February __, 2010               WOLFE & WYMAN LLP

6                                          By: /s/ Megan E. Gruber
7                                              STUART B. WOLFE
                                                MEGAN E. GRUBER
8  **Attorneys for Defendants**
   **PNC FINANCIAL SERVICES GROUP, INC.;**
9  **NATIONAL CITY BANK (dba NATIONAL CITY**
   **BANK OF INDIANA AND NATIONAL CITY**
   **MORTGAGE COMPANY)**

11 DATED: February __, 2010               LAW OFFICE OF WILLIAM B. LOOK, JR.

13                                         By: /s/ William B. Look, Jr.
14                                             WILLIAM B. LOOK, JR.
   **Attorneys for Plaintiff**
   **JONATHAN KATZ**

# [~~PROPOSED~~] ORDER

The foregoing parties having requested a continuance of the dates set by the Clerk's October 14, 2009 ORDER setting initial case management conference and ADR deadlines, and good cause appearing therefor;

It is hereby ORDERED, that the following dates shall supersede those set by the October 14, 2009 Order.

| Date | Event | Governing Rule |
|---|---|---|
| **05/03/2010** | Last day to: meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
| | File ADR Certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management | |
| **~~05/10/2010~~** 5/14/2010 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 3, 5th Floor | Civil L.R. 16-10 |

IT SO ORDERED

Date: 2/5/2010

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE