**Stuart B. Wolfe (SBN 156471)**
sbwolfe@wolfewyman.com
**Megan E. Gruber (SBN 246122)**
megruber@wolfewyman.com
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 415**
**Walnut Creek, California 94596-3579**
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

**Attorneys for Defendants**
**PNC FINANCIAL SERVICES GROUP, INC.; NATIONAL CITY BANK (dba NATIONAL CITY BANK OF INDIANA AND NATIONAL CITY MORTGAGE COMPANY) (erroneously sued as ACCUBANE MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, aka NATIONAL CITY BANK, NATIONAL CITY MORTGAGE)**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KATZ,<br><br>              Plaintiff,<br><br>   v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, ACCUBANE MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, aka NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, PNC FINANCIAL SERVICES GROUP, INC., and ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO, DOES 1 – 100,<br><br>              Defendants. | Case No.: 5:09-cv-04866-JF<br><br>**JOINT STIPULATED REQUEST TO AMEND ORDER TO ALLOW ADDITIONAL TIME TO FILE AMENDED PLEADING;  [PROPOSED] ORDER** |

   The undersigned counsel, who represent all parties who have appeared, jointly request this honorable Court to amend the prior Order herein granting Defendant's Motion to Dismiss with 30 days leave to amend dated January 27, 2010 (Document 21), to allow an additional 30 days leave to

1

1 amend.

2     Good cause for the requested continuance exists in that a settlement proposal for agreement
3 to terms of loan modification is pending between the parties that if concluded would dispose of the
4 case, and it is in the best interests of all parties that additional time be allowed

5 DATED: February 26, 2010       WOLFE & WYMAN LLP

7      By: /s/ Megan E. Gruber
8      STUART B. WOLFE
     MEGAN E. GRUBER
     **Attorneys for Defendants**
9      **PNC FINANCIAL SERVICES GROUP, INC.;**
     **NATIONAL CITY BANK (dba NATIONAL CITY**
10      **BANK OF INDIANA AND NATIONAL CITY**
     **MORTGAGE COMPANY)**

12 DATED: February _25_, 2010      LAW OFFICE OF WILLIAM B. LOOK, JR.

14      By: //ss//
15      WILLIAM B. LOOK, JR.
     **Attorneys for Plaintiff**
16      **JONATHAN KATZ**

**[PROPOSED] ORDER**

The foregoing parties having requested a continuance of the 30 days leave to amend in the Court's prior Order dated January 27, 2010 (Document 21), and good cause appearing therefor; It is hereby ORDERED, that plaintiff shall have an additional 30 days leave to amend.

IT IS SO ORDERED.

Date: 3/8/10

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE