Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Megan E. Gruber (SBN 246122)
megruber@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendants
PNC FINANCIAL SERVICES GROUP, INC.; NATIONAL CITY
BANK (dba NATIONAL CITY BANK OF INDIANA AND
NATIONAL CITY MORTGAGE COMPANY) (erroneously sued
as ACCUBANE MORTGAGE, A DIVISION OF NATIONAL
CITY BANK OF INDIANA, aka NATIONAL CITY BANK,
NATIONAL CITY MORTGAGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KATZ,<br><br>   Plaintiff,<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, ACCUBANE MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, aka NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, PNC FINANCIAL SERVICES GROUP, INC., and ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO, DOES 1 – 100,<br><br>   Defendants. | Case No.: 5:09-cv-04866-JF<br><br>**JOINT STIPULATED REQUEST SECOND AMENDMENT TO ORDER TO ALLOW ADDITIONAL TIME TO FILE AMENDED PLEADING;** [PROPOSED] **ORDER** |

The undersigned counsel, who represent all parties who have appeared, jointly request this honorable Court to amend the prior order herein granting Defendant's Motion to Dismiss with leave to amend dated January 27, 2010 (Document 21), which was later amended to allow an additional

1

1 | thirty days to file an amended complaint, to allow 45 days further leave to amend beyond the present
2 | due date for the amended complaint on March 30, 2010.

3 |     Good cause for the requested continuance exists in that a settlement proposal for agreement
4 | to terms of loan modification - which was pending at the time of the initial amendment extending
5 | time - is still pending between the parties, and if concluded would dispose of the case. Therefore, it
6 | is in the best interests of all parties that additional time be allowed.

7 | DATED: March 29, 2010      WOLFE & WYMAN LLP

9 | By: _____
10 | STUART B. WOLFE
    MEGAN E. GRUBER
**Attorneys for Defendants**
PNC FINANCIAL SERVICES GROUP, INC.;
NATIONAL CITY BANK (dba NATIONAL CITY
BANK OF INDIANA AND NATIONAL CITY
MORTGAGE COMPANY)

14 | DATED: March 29, 2010      LAW OFFICE OF WILLIAM B. LOOK, JR.

16 | By: ____//ss//_____
    WILLIAM B. LOOK, JR.
**Attorneys for Plaintiff**
JONATHAN KATZ



## [PROPOSED] ORDER

The foregoing parties having requested a continuance of the present amended order permitting leave to amend per the original Order dated January 27, 2010 (Document 21), and good cause appearing to allow additional time;

It is hereby ORDERED, that plaintiff shall have an additional 45 days leave to amend.

IT IS SO ORDERED.

Date: 5/17/10

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE