UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KATZ, | Case No.: 09-CV-04866-LHK |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| CAL-WESTERN RECONVEYANCE CORPORATION, et al., | |
| Defendants. | |

On September 21, 2010, the Court granted Defendant's motion to dismiss Plaintiff's First Amended Complaint, dismissing two of Plaintiff's claims with prejudice and granting leave to amend on a third. The Court ordered Plaintiff to file a Second Amended Complaint, if any, within 30 days of its order and stated that any late-filed amendments would be subject to dismissal pursuant to Rule 41(b). Over two months have passed since the Court's order, and Defendant now requests that the Court dismiss the case with prejudice. Plaintiff has not filed an amended pleading in accordance with the Court's order or sought an extension of time. Accordingly, the case is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 7, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-04866-LHK
ORDER DISMISSING CASE WITH PREJUDICE