Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY BANK, PREVIOUSLY DOING BUSINESS AS "NATIONAL CITY MORTGAGE" (sued as ACCUBANE MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, aka NATIONAL CITY BANK, NATIONAL CITY MORTGAGE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KATZ, | Case No.: 5:09-cv-04866-LHK |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| CAL-WESTERN RECONVEYANCE CORPORATION, ACCUBANE MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, aka NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, PNC FINANCIAL SERVICES GROUP, INC., and ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO, DOES 1 – 100, | |
| Defendants. | |

__XX__ – **Decision by the Court.**  This action came to be tried or heard before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED.

///

///

1

[~~PROPOSED~~] JUDGMENT
W:\National City Bank (1264.001)\143 (Katz)\Pleadings\FAC\Katz - Proposed Judgment of Dismissal.doc

1  THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S
2  ORDER OF  December 7, 2010  .

5  ENTERED:  December 7, 2010          By: *Lucy H. Koh*
6                                          UNITED STATES DISTRICT COURT JUDGE