Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
PNC BANK, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO NATIONAL CITY BANK, PREVIOUSLY DOING BUSINESS AS "NATIONAL CITY MORTGAGE" (sued as ACCUBANC MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, aka NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, AND PNC FINANCIAL SERVICES GROUP, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KATZ,<br><br>  Plaintiff,<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION, ACCUBANC MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, aka NATIONAL CITY BANK, NATIONAL CITY MORTGAGE, PNC FINANCIAL SERVICES GROUP, INC., and ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO, DOES 1 – 100,<br><br>  Defendants. | Case No.: 5:09-cv-04866-LHK<br><br>[PROPOSED] ORDER EXPUNGING PLAINTIFF'S NOTICE OF PENDING ACTION (LIS PENDENS) |

The Court, having read and considered the moving papers filed in this matter, being fully advised, and good cause appearing, ORDERS as follows:

///

---

1

[PROPOSED] ORDER EXPUNGING LIS PENDENS
W:\National City Bank (1264.001)\143 (Katz)\Pleadings\Request for Expungement\Katz - [Proposed] Order Expunging Lis Pendens.doc

IT IS ORDERED that:

1. The request by defendant PNC Bank, National Association for an order expunging the notice of pending action recorded by Plaintiff JONATHAN KATZ in the official records of Monterey County on September 3, 2009 as document number 2009056344 ("Lis Pendens") is granted on the basis that there is no further pending action and therefore the Lis Pendens is improper; and

2. The Lis Pendens is hereby expunged in its entirety.

**IT IS SO ORDERED.**

DATED: __April 22__, 2011     _____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE